# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SANDRA ALLEN, | Case No.: |
| Plaintiff. | 6:19-cv-01611-PGB-LRH |
| v. | |
| SANTANDER BANK, N.A., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 6, 2019     By: */s/ Amy L. B. Ginsburg*
                            Amy L. B. Ginsburg, Esquire
                            Kimmel & Silverman, P.C.
                            30 E. Butler Pike
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Fax: (877) 788-2864
                            Email: aginsburg@creditlaw.com

# CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

R. Frank Springfield, Esquire
Burr & Forrman, LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35023
fspringfield@burr.com
Attorney for Defendant

Dated: September 6, 2019   By: */s/ Amy L. B. Ginsburg*
　　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esquire
　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com