# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SANDRA ALLEN, | § |
| Plaintiff, | § Civil Action No. 6:19-cv-01611-PGB-LRH |
| v. | § |
| SANTANDER BANK, N.A., | § |
| Defendant. | § |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: November 20, 2019            /s/ Amy L. B. Ginsburg
　　　　　　　　　　　　　　　　　Amy L. B. Ginsburg, Esq.
　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　Phone: 215-540-8888
　　　　　　　　　　　　　　　　　Fax: 215-540-8817
　　　　　　　　　　　　　　　　　Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

      I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

R. Frank Springfield, Esq.
Burr & Forman, LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35023
Phone: 205-458-5187
Attorney for Defendant

| | |
|---|---|
| November 20, 2019 | /s/ Amy L. B. Ginsburg |
| | Amy L. B. Ginsburg, Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Phone: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |