**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SANDRA ALLEN,

        Plaintiff,

v.                                          Case No:  6:19-cv-1611-Orl-40LRH

SANTANDER BANK, N.A.,

        Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Voluntary Dismissal With Prejudice. (Doc 11). Plaintiff advises the Court that he dismisses the claims pursued against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims against Defendant Santander Bank, N.A., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on November 21, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties